——FILED      ——CTITPED
——LODGED   ——— RECEIVED

APR 03 2009   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY



**09-CV-00446-NTC**

1.

2.

3.

4.

5.

6.

7.

8.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9.

IN THE MATTER OF THE COMPLAINT OF
KATMAI FISHERIES, INC. AS OWNER
AND/OR OPERATOR OF THE VESSEL
KATMAI, OFFICIAL NUMBER 918779, FOR
EXONERATION FROM AND/OR
LIMITATION OF LIABILITY

Case No. **C09-0446** TSZ

NOTICE OF POSTING OF
SECURITY FOR COSTS

10.

11.

12.

13.

14.

Katmai Fisheries, Inc. ("Limitation Plaintiff"), by and through their attorneys,

15.

Holmes, Weddle & Barcott, pursuant to the Limitation of Liability Act, 46 U.S.C. §

16.

30501 *et seq.*, filed a complaint for exoneration from and/or limitation of liability on

17.

account of all losses and damages resulting from the casualties described therein, and in

18.

which Limitation Plaintiff prays that an injunction be issued restraining the

19.

commencement or prosecution of any action or actions against Limitation Plaintiff or the

20.

said vessel arising out of matters which form the subject of the complaint; and

21.

WHEREAS, Rule F(l) of the Supplemental Rules for Certain Admiralty and

22.

Maritime Claims requires Limitation Plaintiff to post security for costs and, if the

23.

Limitation Plaintiff elects to give security, interest at the rate of six percent (6%) per

24.

annum, from the date of the security; and

25.

WHEREAS, Local Admiralty Rule 120(b) provides the amount of security for

26.

NOTICE OF POSTING OF SECURITY FOR COSTS - 1
Case No.

ORIGINAL

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.   costs shall be $500.00;

2.        NOW, THEREFORE, Limitation Plaintiff, by and through its counsel, Holmes,

3.   Weddle & Barcott, hereby give notice of the payment of $500.00 into the Court as

4.   security for costs and that Limitation Plaintiff shall post additional security in the amount

5.   of six percent (6%) per annum each year to be paid into the Court on or before the one

6.   year anniversary of the date of this notice and on or before each one year anniversary

7.   thereafter until judgment is entered.

8.        DATED this _____ day of April, 2009.

9.                                    HOLMES WEDDLE & BARCOTT, P.C.

10.

11.

12.                                   Michael A. Barcott, WSBA #11317
                                      Michael H. Williamson, WSBA #4185
13.                                   Theresa K. Fus, WSBA #37984
                                      999 Third Avenue, Suite 2600
14.                                   Seattle, Washington 98104
                                      Telephone: (206) 292-8008
15.                                   Facsimile: (206) 340-0289
                                      Email:      mbarcott@hwb-law.com
16.                                   Attorney for Limitation Plaintiff

17.

18.

19.   G:\4706\22845\Pldg\LIMITATION ACTION\Ntc of Posting of Security 1-8-09.doc

20.

21.

22.

23.

24.

25.

26.

NOTICE OF POSTING OF SECURITY FOR COSTS - 2
Case No.