THE HONORABLE THOMAS S. ZILLY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF KATMAI FISHERIES, INC. AS OWNER AND/OR OPERATOR OF THE VESSEL KATMAI, OFFICIAL NUMBER 918779, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY<br>Plaintiff | CASE NO. C 09-0446 TSZ<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT

AND TO: MICHAEL A. BARCOTT, Attorney for Limitation Plaintiffs

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that the appearance of Kavaneni Lemusu, individually and as Personal Representative of the ESTATE of Fuli Lemusu deceased and on behalf of all other dependant claimants, is herby entered in the above-entitled limitation action by and through her attorney H.L. George Knowles of Injury at Sea, 4705 16th Ave. NE, Seattle, WA 98105.

//

**NOTICE OF APPEARANCE - 1**
**C 09-0446 TSZ**

**INJURY AT SEA – SEATTLE**
4705 - 16TH AVENUE NE · SEATTLE, WASHINGTON 98105
TELEPHONE (206) 527-8008 • FAX (206) 527-0725
TOLL FREE 1-800-SEA-SALT

1  You are herby directed to serve all further papers and pleadings, upon said
2  attorney at the address stated herein until further notice.

3

4  DATED this 29th day of June, 2009.

5

6  INJURY AT SEA

7  *S/ H.L. George Knowles*
   H.L. GEORGE KNOWLES, WSBA #5234
8  Attorney for Claimant Kavaneni Lemusu, as the
   Personal Representative of the ESTATE of
9  Fuli Lemusu,
   INJURY AT SEA
10 4705 16th Avenue N.E.
   Seattle, WA 98105
11 Tel: 206-527-8008
   Fax: 206-527-0725
12 E-mail: george@maritimeinjury.com

13

14

15

16

17

18

19

20

21

**NOTICE OF APPEARANCE - 2**
**C 09-0446 TSZ**

**INJURY AT SEA – SEATTLE**
4705 - 16TH AVENUE NE · SEATTLE, WASHINGTON 98105
TELEPHONE (206) 527-8008 • FAX (206) 527-0725
TOLL FREE 1-800-SEA-SALT

| | |
|---|---|
| 1 | CERTIFICATION OF SERVICE |
| 2 | The undersigned certifies under penalty of perjury Of the laws of the State of Washington that, on the 29th day of June, 2009, the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, |
| 3 | which will send Notifications of such filing to the following |
| 4 | |
| 5 | Michael Barcott<br>Holmes Weddle & Barcott, P.C.<br>999 Third Avenue Suite 2600 |
| 6 | Seattle, WA 98105 |
| 7 | |
| 8 | INJURY AT SEA |
| 9 | *S/ Sue Beichley*<br>Sue Beichley |

**NOTICE OF APPEARANCE - 3**
**C 09-0446 TSZ**

**INJURY AT SEA – SEATTLE**
4705 - 16TH AVENUE NE · SEATTLE, WASHINGTON 98105
TELEPHONE (206) 527-8008 • FAX (206) 527-0725
TOLL FREE 1-800-SEA-SALT