HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF KATMAI FISHERIES, INC., AS OWNER AND/OR OPERATOR OF THE VESSEL KATMAI, OFFICIAL NO. 918779, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY, | Case No.: 09-0446 TSZ<br><br>**NOTICE OF APPEARANCE** |

TO:         CLERK OF THE ABOVE-ENTITLED COURT

AND TO:   KATMAI FISHERIES, INC.

AND TO:   ITS ATTORNEYS, MICHAEL A. BARCOTT of
              HOLMES, WEDDLE & BARCOTT

YOU AND EACH OF YOU will please take notice that Claimants Charles and Florence Leonguerrero, as Personal Representatives of the Estate of Joshua Leonguerrero, hereby appear in the above-entitled action and request that all pleadings and papers of any nature filed or used in said action, except

---

NOTICE OF APPEARANCE
Case No:  09-0446 TSZ         Page 1

**ANDERSON, CONNELL & CAREY**
1501 ELDRIDGE AVENUE – P.O. BOX 1015
BELLINGHAM, WASHINGTON  98227-1015
(360) 671-6711  -  FAX (360) 647-2943

1  original process, shall first be served upon the undersigned attorney at the office
2  and address stated below.

Anderson, Connell & Carey
1501 Eldridge Avenue
Bellingham, WA 98225

6  DATED this 1st day of July, 2009.

ANDERSON, CONNELL & CAREY

*/s/ David B. Anderson*
1501 Eldridge Avenue
Bellingham, WA  98225
Phone:     360-671-6711
Fax:         360-647-2943
E-mail:     boatlaw@boatlaw.com
WSBA No:  5528
Attorneys for Claimants Charles and Florence Leonguerrero

NOTICE OF APPEARANCE
Case No:  09-0446 TSZ        Page 2

**ANDERSON, CONNELL & CAREY**
1501 ELDRIDGE AVENUE – P.O. BOX 1015
BELLINGHAM, WASHINGTON  98227-1015
(360) 671-6711  -  FAX (360) 647-2943

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2009, I presented **NOTICE OF APPEARANCE** to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Michael A Barcott
Holmes, Weddle & Barcott
999 Third Avenue, Suite 2600
Seattle, WA  98104-4011

H. L. George Knowles
Injury at Sea
4705 16th Avenue, N.E.
Seattle, WA 98105

James M. Beard
Beard, Stacey, Trueb & Jacobsen
4039 - 21st Avenue West, Suite 401
Seattle, WA 98199

　　　　　　　　　　　 /s/ Barbara Ness
　　　　　　　　　　Barbara Ness
　　　　　　　　　　Paralegal

NOTICE OF APPEARANCE
Case No:  09-0446 TSZ     Page 3

**ANDERSON, CONNELL & CAREY**
1501 ELDRIDGE AVENUE – P.O. BOX 1015
BELLINGHAM, WASHINGTON  98227-1015
(360) 671-6711  -  FAX (360) 647-2943