THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF KATMAI FISHERIES, INC. AS OWNER AND/OR OPERATOR OF THE VESSEL KATMAI, OFFICIAL NUMBER 918779, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 09-0446TSZ<br><br>STIPULATION AND ORDER TO DISMISS CLAIM FOR DAMAGES BY CLAIMANT ARMOND HARPER |

COME NOW Limitation Plaintiff and Claimant Armond Harper, personal representative of the Estate of Glen Harper, Jr., and agree and stipulate that all claims for damages made by Claimant Armond Harper may be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this 9th day of November, 2009.

HOLMES WEDDLE & BARCOTT, P.C.

Michael H. Williamson, WSBA #4185
Michael A. Barcott, WSBA #11317
Theresa K. Fus, WSBA #37984
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email:    mwilliamson@hwb-law.com
Attorney for Limitation Plaintiff

STIPULATION AND ORDER TO DISMISS:
CLAIMANT ARMOND HARPER - 1
Case No. 09-0446TSZ

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.      RESPECTFULLY SUBMITTED this ___ day of _____, 2009.
3.
4.                              BEARD STACEY TREUB & JACOBSEN, LLP
5.
6.                              _____
                                James M. Beard, WSBA# 13418
7.                              4039 21st Ave. W., Suite 401
                                Seattle, WA 98199
8.                              Tel: (206) 282-3100
                                Fax: (206) 282-1149
                                E-mail: jbeard@maritimelawyer.us
9.                              Attorney for Claimant, Armond Harper
10.
        IT IS SO ORDERED.
11.
        DATED this _____ day of _____, 2009.
12.
13.
14.                             _____
                                The Honorable Thomas S. Zilly
15.                             United States District Judge
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
    STIPULATION AND ORDER TO DISMISS:
    CLAIMANT ARMOND HARPER - 2
    Case No. 09-0446TSZ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 9 day of November, 2009, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| George Knowles<br>Injury at Sea<br>4705 – 16th Ave NE<br>Seattle, WA 98105 | Dave Anderson<br>Anderson, Connell & Carey<br>1501 Eldridge Avenue<br>P.O. Box 1015<br>Bellingham, WA 98227-1015 |
| James Beard<br>Beard Stacey Trueb & Jacobsen, LLP<br>4039 21st Avenue West, Suite 401<br>Seattle, WA 98199 | Don Buckland<br>Buckland & Schumm, PS<br>120 Prospect<br>Bellingham, WA 98104 |
| Jack Garyth Poulson<br>Poulson & Woolford, LLC<br>636 Harris Street<br>Juneau, AK 99801 | Carol L. Hepburn<br>Attorney at Law<br>2722 Eastlake Ave. E., Suite 200<br>Seattle, WA 98102 |
| Corrie J. Yackulic<br>Schroeter Goldmark & Bender<br>500 Central Building<br>810 Third Avenue<br>Seattle, WA 98104 | David M. Kono<br>BTJD<br>3165 East Millrock Drive, Ste. 500<br>Salt Lake City, Utah 84121 |

_____
Tanya Garbell

G:\4706\22845\Pldg\LIMITATION ACTION\Harper Dismissal.doc

STIPULATION AND ORDER TO DISMISS:
CLAIMANT ARMOND HARPER - 3
Case No. 09-0446TSZ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008