THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF KATMAI FISHERIES, INC. AS OWNER AND/OR OPERATOR OF THE VESSEL KATMAI, OFFICIAL NUMBER 918779, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 09-0446TSZ<br><br>DECLARATION OF THERESA K. FUS |

I, THERESA FUS, declare as follows:

1. I am the attorney of record for Katmai Fisheries, Inc. in this matter and make the following representations based on my personal knowledge. I am over the age of 18 and am competent to make this declaration.

2. Attached as Exhibit A are true and correct copies of the letters sent to all persons known to have a claim, and their respective certified mail receipts. As stated in the letter, enclosed were the Limitation Complaint, Order, and an Acceptance of Service. The enclosures are not produced here for efficiency, but can be produced upon request.

3. Attached as Exhibit B is a true and correct copy of *In re F/V ALASKA RANGER*, Case No. C-08-0945 RSL, Order Granting Default Judgment (W.D. Wash. Aug. 20, 2009).

DECLATATION OF THERESA K. FUS - 1
Case No. 09-0446TSZ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.     I declare under penalty of perjury under the laws of the state of Washington that
2. the foregoing is true and correct.
3.     DATED this 20th day of November, 2009.

HOLMES WEDDLE & BARCOTT, P.C.

*/s/ signature*

Michael Williamson, WSBA #4185
Michael A. Barcott, WSBA #13317
Theresa K. Fus, WSBA #13317
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
Attorneys for Limitation Plaintiff

DECLATATION OF THERESA K. FUS - 2
Case No. 09-0446TSZ

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. CERTIFICATE OF SERVICE

2. The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the
3. 20th day of November, 2009,
the foregoing was electronically filed with the Clerk
4. of Court using the CM/ECF system, which will send
notification of such filing to the following:

5.

6. George Knowles                          Dave Anderson
   Injury at Sea                           Anderson, Connell & Carey
7. 4705 – 16th Ave NE                      1501 Eldridge Avenue
   Seattle, WA 98105                       P.O. Box 1015
8.                                         Bellingham, WA 98227-1015

9. James Beard                             Don Buckland
   Beard Stacey Trueb & Jacobsen, LLP      Buckland & Schumm, PS
10. 4039 21st Avenue West, Suite 401       120 Prospect
    Seattle, WA 98199                      Bellingham, WA 98104
11.

12. Jack Garyth Poulson                    Carol L. Hepburn
    Poulson & Woolford, LLC                Attorney at Law
    636 Harris Street                      2722 Eastlake Ave. E., Suite 200
13. Juneau, AK 99801                       Seattle, WA 98102

14. Corrie J. Yackulic                     David M. Kono
    Schroeter Goldmark & Bender            BTJD
15. 500 Central Building                   3165 East Millrock Drive, Ste. 500
    810 Third Avenue                       Salt Lake City, Utah 84121
16. Seattle, WA 98104

17. _____
    Katy Percini
18.

19. G:\4706\22845\Pldg\LIMITATION ACTION\Dec TKF re Mtn Dflt 11.19.09.doc

20.

21.

22.

23.

24.

25.

26.

DECLATATION OF THERESA K. FUS - 3            **HOLMES WEDDLE & BARCOTT**
Case No. 09-0446TSZ                          999 THIRD AVENUE, SUITE 2600
                                             SEATTLE, WASHINGTON 98104-4011
                                             TELEPHONE (206) 292-8008

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

David B. Anderson
Anderson, Connell & Carey
1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA 98227-1015

Re: *Leonguerrero v. Katmai Fisheries, Inc.*
**Case No. 09-2-05330-8 SEA**

Dear Mr. Anderson:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

/s/ Michael A. Barcott

Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Anderson.ReLeonguerrero4-14-09.doc

FILE COPY

Exhibit A, p. 1 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666 · FAX (907) 277-4657

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

David B. Anderson
Anderson, Connell & Carey
1501 Eldridge Avenue
P.O. Box 1015
Bellingham, WA 98227-1015

Re: *Marindale v. Katmai Fisheries, Inc.*
Case No. 09-2-05311-1 SEA

Dear Mr. Anderson:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

/s/ Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Anderson.Rarindale 4-14-09.doc

**FILE COPY**

Exhibit A, p. 2 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666 · FAX (907) 277-4657

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — SEATTLE, WA - FIRST STA, USPS, APR [?] 2009

Sent To: David B. Anderson
Street, Apt. No.; or PO Box No.: 1501 Eldridge Ave
City, State, ZIP+4: Bellingham, WA 98227

Article number: 7007 3020 0002 1158 1531

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David B. Anderson
Anderson Connell & Carey
1501 Eldridge Ave.
Bellingham, WA 98227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4/17/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 1158 1531

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 4, p. 3 of 14

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

Donald Buckland
Buckland & Schumm, P.S.
120 Prospect Street
Bellingham, WA 98225

Re: *Robert Davis / Katmai Fisheries*
**Our File No. 4706.22845**

Dear Mr. Buckland:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

*/s/* Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Buckland 4-14-09.doc

FILE COPY

Exhibit A, p. 4 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666   FAX (907) 277-4657

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7007 3020 0002 1158 1524

Sent To: Donald Buckland
Street, Apt. No.; or PO Box No.: 120 Prospect St.
City, State, ZIP+4: Bellingham WA 98225

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald Buckland
   Buckland & Schumm
   120 Prospect Street
   Bellingham, WA 98225

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☒ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery: 9/17/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 1158 1524

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit A, p. 5 of 14

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

Jack Garyth Poulson
Poulson & Woolford, LLC
636 Harris Street
Juneau, AK 99801

Re:   *The Estate of Carlos Martin Zabala v. Katmai Fisheries, Inc.*
      **Our File No. 4706.22845**

Dear Mr. Poulson:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

for: Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Poulson 4-14-09.doc

FILE COPY

Exhibit A, p. 6 of 14

ANCHORAGE OFFICE · 701 WEST FIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408  TELEPHONE (907) 274-0666 · FAX (907) 277-4657

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark APR 16 2009 SEATTLE WA SEA-FIRST STA USPS

Sent To: Jack Garyth Poulson
Street, Apt. No.; or PO Box No.: 636 Harris St.
City, State, ZIP+4: Juneau, AK 99801

PS Form 3800, August 2006        See Reverse for Instructions

7007 3020 0002 1158 1517

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jack Garyth Poulson
Poulson & Woolford
636. Harris Street
Juneau, AK 99801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JEFF SAUER
C. Date of Delivery: 4/20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 1158 1517

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Exhibit A, p. 7 of 14

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

Corrie J. Yackulic
Schroeter Goldmark & Bender
500 Central Building
810 Third Avenue
Seattle, WA 98104

Re: *Smith v. Katmai Fisheries, Inc.*
    **Case Nos. 09-2-08509-9 SEA**

Dear Ms. Yackulic:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

*[signature]*

for Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Yackulic 4-14-09.doc

FILE COPY

Exhibit A, p. 8 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666  FAX (907) 277-4657

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark APR 16 2009 SEATTLE WA SEA-FIRST STA USPS

Sent To: Corrie Yackulic
Street, Apt. No.; or PO Box No.: 810 3rd Ave, #500
City, State, ZIP+4: Seattle WA 98104

PS Form 3800, August 2006    See Reverse for Instructions

7007 3020 0002 1158 1494

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corrie Yackulic
Schroeter Goldmark
810 3rd Ave., Ste 500
Seattle WA 98104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  4/17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 1158 1494

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit A, p. 9 of 14

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

Joseph S. Stacey
Beard Stacey Trueb & Jacobsen, LLP
4039 – 21st Ave. W.
Suite 401
Seattle, WA  98199

Re: *The Estate of Glenn Harper, Jr. v. Katmai Fisheries, Inc.*
**Our File No. 4706.22845**

Dear Mr. Stacey:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

*[signature]*

*for:* Michael A. Barcott

MAB:cd
Enclosure

**FILE COPY**

Exhibit  4 , p. 10 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666 · FAX (907) 277-4657

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here APR 16 2009 USPS SEA-TAC FIRST STA

Sent To: Joseph Stacey
Street, Apt. No.; or PO Box No.: 4039 21st Ave. W. #401
City, State, ZIP+4: Seattle, WA 98199

PS Form 3800, August 2006        See Reverse for Instructions

7007 3020 0002 1158 1500

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph Stacey
   Beard Stacey Trueb
   4039 21st Ave. W., Ste 401
   Seattle, WA 98199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jess Perreult_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number (Transfer from service label)

7007 3020 0002 1158 1500

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit A, p. 11 of 14

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

H.L. George Knowles
Injury at Sea
4705 – 16th Ave NE
Seattle, WA  98105

Re:   *Guy Schroder v. Katmai Fisheries, Inc.*
       **Our File No. 4706.22845**

Dear Mr. Knowles:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

*[signature]*

for -Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Knowles 4-14-09.doc

**FILE COPY**

Exhibit A, p. 12 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666 · FAX (907) 277-4657

LAW OFFICES OF
# HOLMES WEDDLE & BARCOTT
A PROFESSIONAL CORPORATION

WELLS FARGO CENTER · 999 THIRD AVENUE, SUITE 2600 · SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008 · FAX (206) 340-0289

MICHAEL A. BARCOTT
EMAIL: mbarcott@hwb-law.com

April 15, 2009

**VIA CERTIFIED MAIL**

H.L. George Knowles
Injury at Sea
4705 – 16th Ave NE
Seattle, WA 98105

Re:  *Fuli Lemusu / Katmai Fisheries*
     **Our File No. 4706.22845**

Dear Mr. Knowles:

As you are already aware, Katmai Fisheries, Inc., (Limitation Plaintiffs) filed a limitation action in the Western District of Washington. In that action, the Court issued the enclosed order, directing the Limitation Plaintiffs to provide persons with injuries and/or claims copies of the limitation action and the order itself. As the order states, all proceedings raising claims that arise out of the KATMAI sinking are stayed. Any person that has such a claim must file it with the Western District of Washington no later than June 30, 2009.

In addition to the limitation action and order, enclosed you will find an acceptance of service. It is my understanding that you prefer that correspondence come to you directly rather than to your client. If you accept service of the limitation action and order on behalf of your client, please sign and return the enclosed Acceptance of Service. If you do not accept service, please notify me immediately so that we can send notice directly to your client.

Very truly yours,

*[signature]*
for: Michael A. Barcott

MAB:cd
Enclosure

G:\4706\22845\Corr\Knowles.Lemusu 4-14-09.doc

FILE COPY

Exhibit A , p. 13 of 14

ANCHORAGE OFFICE · 701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408 · TELEPHONE (907) 274-0666 · FAX (907) 277-4657

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: George Knowles
Street, Apt. No.; or PO Box No.: 4705-16th Ave NE
City, State, ZIP+4: Seattle WA 98105

PS Form 3800, August 2006    See Reverse for Instructions

7007 3020 0002 1158 1548

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   H.L. George Knowles
   ℅ Injury at Sea
   4705 - 16th Ave. NE
   Seattle, WA 98105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Sue Berchly      ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name): Sue Berchly
C. Date of Delivery: 4/17/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0002 1158 1548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit A, p 14 of 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF THE FISHING COMPANY OF ALASKA AND FCA HOLDINGS, INC., AS OWNERS AND/OR OPERATORS OF THE VESSEL ALASKA RANGER, OFFICIAL NUMBER 550138, HULL IDENTIFICATION NUMBER 182, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. C-08-0945 RSL<br><br>ORDER GRANTING DEFAULT JUDGMENT |

The Court, having reviewed the Limitation Plaintiffs' Motion for Default Judgment against All Persons and Entities That Have Not Filed Claims and the record to date, hereby finds and orders:

1. Limitation Plaintiffs' Motion for Default Judgment is GRANTED;

2. No person or entity who did not file a claim on or before October 13, 2008, and no person or entity who did not file an answer on or before October 27, 2008, shall be permitted to file a claim or answer in this action or pursue any proceedings of any nature or description in any venue whatsoever against Limitation Plaintiffs, their agents, servants or employees, or against the Vessel for injury, death, or other damage arising out of the voyage that ended with the Vessel's sinking on March 23, 2008, while the Vessel was being operated upon the navigable waters of the Bering Sea.

ORDER GRANTING
DEFAULT JUDGMENT - 1

Exhibit B, p. 1 of 2

1   DATED this 20th day of August, 2009.
2
3
4
5
6
7          *MrS Lasnik* (signature)
           Robert S. Lasnik
8          United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING
DEFAULT JUDGMENT - 2                    -2-

Exhibit B, p. 2 of 2