RECEIVED

MAY 20 2009

HW & B - SEATTLE

## STATE OF WASHINGTON – KING COUNTY
--ss.

237364                                                          No.
HOLMES WEDDLE & BARCOTT

### Affidavit of Publication

The undersigned, on oath states that he is an authorized representative of The Daily Journal of Commerce, a daily newspaper, which newspaper is a legal newspaper of general circulation and it is now and has been for more than six months prior to the date of publication hereinafter referred to, published in the English language continuously as a daily newspaper in Seattle, King County, Washington, and it is now and during all of said time was printed in an office maintained at the aforesaid place of publication of this newspaper. The Daily Journal of Commerce was on the 12th day of June, 1941, approved as a legal newspaper by the Superior Court of King County.

The notice in the exact form annexed, was published in regular issues of The Daily Journal of Commerce, which was regularly distributed to its subscribers during the below stated period. The annexed notice, a

PN:KATMAI FISHERIES

was published on

04/27/09 05/04/09 05/11/09 05/18/09

The amount of the fee charged for the foregoing publication is the sum of $ 396.00, which amount has been paid in full.

Subscribed and sworn to before me on

05/18/09

Notary public for the State of Washington,
residing in Seattle

## State of Washington, King County

**Notice to Interested Parties:** Katmai Fisheries, Inc., owner and/or operator of the KATMAI, official number 918799 (hereinafter "the Vessel"), an approximately 92.2 foot vessel of 148 gross tons, filed a Complaint pursuant to the Limitation of Liability Act, 46 U.S.C. § 30510 et seq., claiming the right to exoneration from and/or limitation of liability for all claims against it for injury, death, or other damage resulting from an incident occurring on October 22, 2008, in which several claimants allege to have been injured or killed while the Vessel was being operated upon the navigable waters of the Bering Sea.

Any person or legal entity who has or may have such a claim must, on or before June 30, 2009, file it with the Clerk of Court, U.S. Federal District Court, Western District of Washington at Seattle, under the title "In re Katmai Fisheries, Inc." and Cause No. C09-446TSZ. Any such claim must comply with the requirements of Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure. A copy must also be served on or mailed to the plaintiff's attorneys, Michael A. Barcott, HOLMES WEDDLE & BARCOTT, 999 Third Ave., Suite 2600, Seattle, WA 98104.

Any claimant who desires to contest Katmai Fisheries, Inc.'s right to exoneration from and/or limitation of liability shall file and serve an answer to the Complaint in the above-referenced matter on or before June 30, 2009, unless such answer is included in the claim. This notice is published pursuant to the order of said Court, Honorable Thomas S. Zilly, dated April 9, 2009, and Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims.

Date of first publication in the Seattle Daily Journal of Commerce, April 27, 2009.

5/18(237364)