

09-CV-00446-CVSHT

THE HONORABLE THOMAS S. ZILLY

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 23 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF KATMAI FISHERIES, INC. AS OWNER AND/OR OPERATOR OF THE VESSEL KATMAI, OFFICIAL NUMBER 918779, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | Case No. 09-0446TSZ<br><br>[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT AND ENTRY OF FINAL JUDGMENT |

The Court, having reviewed the Limitation Plaintiff's Motion for Default Judgment and Entry of Final Judgment, and the record to date, hereby finds and orders:

1. Limitation Plaintiff's Motion for Default and Entry of Final Judgment is GRANTED;

2. Persons and entities who did not file a claim on or before June 30, 2009, and persons and entities who did not file an answer on or before June 30, 2009, are not permitted to pursue any proceedings of any nature or description in any venue whatsoever against Limitation Plaintiff, their agents, servants or employees, or against the Vessel for injury, death, or other damage arising out of the voyage that ended with the Vessel's sinking on October 22, 2008, while the Vessel was being operated upon the navigable waters of the Bering Sea;

FINAL JUDGMENT - 1
Case No. 09-0446TSZ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

3. The security for costs filed by the Limitation Plaintiff in the amount of $500.00 (Dkt. #2) is hereby cancelled and discharged;

4. In accordance with GR 6(b), the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principle amount of $500.00 plus all accrued interest, minus any statutory users fees, payable to Holmes, Weddle & Barcott, and mail or deliver the check to Holmes, Weddle & Barcott. The recipient's address and Tax ID number will be provided to the Clerk; and

5. This case is hereby CLOSED.

DATED this 23 day of Nov, 2009.

Thomas S. Zilly
United States District Judge

Presented by:

HOLMES, WEDDLE & BARCOTT

Michael H. Williamson, WSBA #4185
Michael A. Barcott, WSBA #11317
Theresa K. Fus, WSBA #37984
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: mbarcott@hwb-law.com
Attorney for Limitation Plaintiff

FINAL JUDGMENT - 2
Case No. 09-0446TSZ

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008