# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

IN THE MATTER OF THE COMPLAINT
OF KATMAI FISHERIES, INC. AS
OWNER AND/OR OPERATOR OF THE
VESSEL KATMAI, OFFICIAL NUMBER
918779, FOR EXONERATION FROM
AND/OR LIMITATION OF LIABILITY

CASE NUMBER: C09-446Z

____    **Jury Verdict** . This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  x     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Limitation Plaintiff's Motion for Default and Entry of Final Judgment is GRANTED.

January 7, 2010                              BRUCE RIFKIN
                                                Clerk

                                           s/ Claudia Hawney
                                         _____
                                             By, Deputy Clerk